UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 06-151-C-EJL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AMENDED ORDER |
| | ) | |
| JAMES H. GALLAHER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for defendant James H. Gallaher has moved the Court to continue his trial in this case until further notice. The motion notes that the trial is currently set for January 30, 2007. At the present time the Defendant has not made himself available to counsel, kept in contact with pre-trial services, and may no longer be in the state of Idaho. The United States Probation Office has submitted a petition for violation of pretrial release noting the Defendant failed to appear to the United States Pretrial Services Office as required by the conditions of his release, has tested positive for methamphetamine, and has violated the terms of his home detention. (Dkt. No. 20). Accordingly, a warrant for the Defendant's arrest has been issued but not yet executed or returned. (Dkt. No. 21).

In light of the impending trial date and the unknown whereabouts of the Defendant, the Court finds good cause has been shown to grant the motion to continue. See 18 U.S.C. § 3161(h)(3)(B) ("a defendant...shall be considered absent when his whereabouts are unknown and, in addition, he is attempting to avoid apprehension or prosecution or his whereabouts cannot be determined by due diligence."). Any period of delay resulting from the date of the filing of the motion to the rescheduled trial date is excludable in computing the time for speedy trial pursuant to 18 U.S.C. § 3161(h)(3)(A).

**ORDER**

The Defendant's motion to continue (Dkt. No. 22) is **GRANTED**.  The January 30, 2007

trial date is **VACATED AND RESET** for **Tuesday, March 27, 2007 at 9:30 a.m.** in Coeur

d'Alene, Idaho.  Any and all period of delay resulting from the date of the filing of the motion to the

rescheduled trial date is excludable in computing the time for speedy trial pursuant to 18 U.S.C.

§ 3161(h)(3)(A).

Counsel for the Government shall notify the Court and defense counsel by telephone if/when

the Defendant's whereabouts is known.

**IT IS SO ORDERED**.

DATED:  **January 22, 2007**

Honorable Edward J. Lodge
U. S. District Judge